FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 18 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | |
| TRAVIS WALTER CORK | : | 1:07-CR-183-WSD |
| | : | Superseding |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about April 26, 2007, in the Northern District of Georgia, the defendant, TRAVIS WALTER CORK, threatened to assault a United States judge, namely, Gerrilyn G. Brill, a United States magistrate judge, with the intent to impede, intimidate, and interfere with such judge while engaged in the performance of official duties and with intent to retaliate against such judge on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

### COUNT TWO

On or about April 26, 2007, in the Northern District of Georgia, the defendant, TRAVIS WALTER CORK, by a threatening communication, endeavored to influence, intimidate, and impede an officer in and of a court of the United States, namely, Michelle Eubanks, a United States Probation Officer in and of the United

States District Court for the Northern District of Georgia, in the discharge of her duty, in Criminal Action No. 1:04-CR-330, in the Northern District of Georgia, by knowingly making a threatening telephone call to such officer, in violation of Title 18, United States Code, Section 1503.

A _True_ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

_____
RICHARD M. LANGWAY
ASSISTANT UNITED STATES ATTORNEY

Suite 600, Richard B. Russell Bldg.
75 Spring Street
Atlanta, GA 30303
(404) 581-6035
(404) 581-6181 (fax)
Georgia Bar Number 437050